UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61467-CIV-DIMITROULEAS

JOSIE WILLIAMS,

    Plaintiff,

v.

CGCG REAL ESTATE, LLC,
d/b/a KELLER WILLIAMS CORAL GABLES-
COCONUT GROVE,

    Defendant.
_____/

## ORDER ON JOINT STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Joint Stipulation of Dismissal (the "Stipulation") [DE 33], filed herein on September 16, 2020. The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 33] is hereby **APPROVED**.

2. All claims of Plaintiff Josie Williams individually, are **DISMISSED WITH PREJUDICE**. All claims of any unnamed member of the alleged class are hereby **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 16th day of September, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Counsel of Record